■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BRUNDIDGE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—grand larceny, third degree.) Present—Dillon, P. J., Doerr, Green, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RIVERA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Chautauqua County Court, Adams, J.—assault, second degree.) Present—Dillon, P. J., Doerr, Green, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DeLOOZE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—burglary, third degree.) Present—Dillon, P. J., Doerr, Green, Lawton and Lowery, JJ.